# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

| | | |
|---|---|---|
| Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing | HEARING LOCATION<br><br>12th Floor Courtroom<br>James Lawrence King Federal Justice<br>99 N.E. 4th Street<br>MIAMI, FLORIDA | DAVID J. SMITH<br>Clerk of Court<br>United States Court of Appeals<br>for the Eleventh Circuit<br>(404) 335-6100 |
| Clerk's Office<br>Federal Justice Building<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>(305) 579-4430 | COURT CONVENES AT 9:00 A.M.<br>(unless otherwise shown) | |

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked **\*** will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, JUNE 20, 2023

| | |
|---|---|
| 22-10509 | United States v. Lawrence Curtin, Appellant |
| 20-14214 | Chris Ronnie, Petitioner v. Administrative Review Board, et al. |
| 20-11988 | Daisy Miller, Appellant v. United States |

### WEDNESDAY, JUNE 21, 2023

| | |
|---|---|
| 21-12710 & 22-10403 | United States v. Moises Sotelo, Appellant |
| 22-10792 | Harrison Garcia, Appellant v. United States |
| 22-13315 | Consumers' Research, et al., Petitioners v. Federal Communications Commission, et al. |

### THURSDAY, JUNE 22, 2023

| | |
|---|---|
| 22-10502 | United States v. Deunate Jews, Appellant |
| 21-13059 | Inversiones y Procesadora Tropical INPROTSA, S.A. v. Del Monte International GMBH, Appellant |
| 22-10305 | Oelrich Construction, Inc. v. PRC Precast, Inc., Appellant |

### FRIDAY, JUNE 23, 2023

| | |
|---|---|
| 22-10947 | United States v. Zachary Bird, Appellant |
| 21-13612 | Carelyn Fylling, Appellant v. Royal Caribbean Cruises, Ltd. |
| 22-10389 | Sebastian Cordoba, Appellant/Cross Appellee v. DIRECTV, LLC, Appellee/Cross Appellant |

ATLANTA, GEORGIA
03/24/23 - #18

**COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT**